UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

|  |  |  |
|---|---|---|
| REBECCA POSOLI-CILLI *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | Case No. _____ |
| ANDREW BRADLEY, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## **PLAINTIFFS' DISCLOSURE OF CORPORATE INTEREST**

*Check all that apply:*

[ ] I certify, as party/counsel in this case that _____
  (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ] The following corporate affiliations exist with _____:
  (name of party)

_____.
  (names of affiliates)

[ X ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

<u>Freestream Aircraft USA Ltd. and Avjet Corporation</u>_____
  (names of entities with possible financial interests)

August 29, 2008
_Date_

Alan M. Freeman (Bar No. 013147)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: freeman@blankrome.com

Of Counsel:

Bennett H. Last, Esq.
GILBRIDE TUSA, LAST & SPELLANE LLC
708 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 692-9666
Fax: (212) 661-6328